IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ALYSSON MILLS**, **PLAINTIFF**
*In her capacity as receiver for Arthur Lamar Adams and Madison Timber Properties, LLC*

V.   CAUSE NO. 3:20-CV-232-CWR-FKB

**JON DARRELL SEAWRIGHT**   **DEFENDANT**

## ORDER

Before the Court is the Motion to Withdraw the Bankruptcy Reference filed by Alysson Mills, in her capacity as the court-appointed receiver (the "Receiver") for Arthur Lamar Adams and Madison Timber Properties, LLC. [Doc. 1]. The Receiver seeks to withdraw the reference of the adversary proceeding styled *Alysson Mills v. Jon Darrell Seawright*, Adv. No. 20-00011 (Bankr. S.D.M.S.) to the United States Bankruptcy Court for the Southern District of Mississippi ("Bankruptcy Court") for "cause shown," pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1. Defendant Jon Seawright does not oppose the motion.

This Court is authorized by 28 U.S.C. § 157(d) to withdraw, in whole or in part, the reference as to any case or controversy "for cause shown." *See* Fed. R. Bankr. P. 5011(a). The decision to withdraw the reference from the bankruptcy court is "left to the discretion of the district court." *In re Mirant Corp.*, 197 Fed. App'x 285, 294 (5th Cir. 2006). The Court has reviewed the motion to withdraw the reference and supporting papers and, there being no opposition, finds that there is good cause to grant the motion.

Accordingly, the Receiver's motion to withdraw the reference is hereby **GRANTED**. The Court **WITHDRAWS THE REFERENCE** in the above-captioned case.

**SO ORDERED**, this the 12th day of May, 2020.

                                                     s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE